# STATEMENT IN
# SUPPORT OF PROBABLE CAUSE

IN RE: **Ariana Guadalupe GARCIA**

I, Chabrea Taylor, declare and state as follows:

1. On July 20, 2025, Ariana Guadalupe GARCIA, a United States Citizen, arrived at the Gateway to the Americas port of entry in Laredo, Texas, on foot. From outside of the building, GARCIA was attempting to communicate through a window to a minor subject who was referred to a secondary inspection. GARCIA was instructed to leave the property due to interfering with an ongoing inspection. United States Customs and Border Protection Officers (CBPO) had to escort GARCIA off of the property due to continued attempts to contact the minor. During the escort, GARCIA was cursing at the officers. GARCIA attempted to pull out her cell phone and was ordered to put it down as she was not allowed to record on Federal property. GARCIA became aggressive and began throwing punches at the CBPOs. GARCIA struck a Supervisory (S)CBPO on the left shoulder and another CBPO in the left ear, causing a physical injury. GARCIA was secured and escorted to a secure area.

2. Homeland Security Investigations (HSI) responded to investigate the incident. HSI conducted interviews with the involved CBPOs, reviewed security camera footage, reviewed reports, and gathered written statements.

3. GARCIA was read her Miranda Rights after biographical data was retrieved by HSI. GARCIA stated that she was not going to answer any questions.

4. GARCIA was subsequently arrested and transported to Webb County Jail in Laredo, Texas.

I declare (certify, verify, or state) under penalty of perjury that the forgoing is true and

correct. Executed on the _____22_____ day of __July__, 20**25**___.

CHABREA R TAYLOR
Digitally signed by CHABREA R TAYLOR
Date: 2025.07.22 10:26:11 -05'00'

Chabrea Taylor
Special Agent
Homeland Security Investigations