AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Ariana Guadalupe GARCIA | ) | Case No. |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ July 20, 2025 _____ in the county of _____ Webb _____ in the _____ Southern _____ District of _____ Texas _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 111 | Whoever forcibly assaults, resists, opposes, impedes, intimidates, or interferes with certain officers or employees while engaged in or on account of the performance of official duties; or forcibly assaults or intimidates any person who formerly served as a person designated in section 1114 on account of the performance of official duties during such person's term of service |

This criminal complaint is based on these facts:

See Attachment A

☑ Continued on the attached sheet.

/s/ Chabrea Taylor

*Complainant's signature*

Submitted by reliable electronic
means per Fed.R.Crim.P. 4.1, Chabrea Taylor
sworn to and signature attested
telephonically on July 23, 2025,
at Laredo, Texas.

DIANA SONG QUIROGA
UNITED STATES MAGISTRATE JUDGE

## ATTACHMENT A

I am a Special Agent of the United States Homeland Security Investigations (HSI), and have knowledge of the following facts:

1.  On July 20, 2025, Ariana Guadalupe GARCIA, a United States Citizen, arrived at the Gateway to the Americas port of entry in Laredo, Texas, on foot. From outside of the building, GARCIA was attempting to communicate through a window to a minor subject who was referred to a secondary inspection. GARCIA was instructed to leave the property due to interfering with an ongoing inspection. United States Customs and Border Protection Officers (CBPO) had to escort GARCIA off of the property due to continued attempts to contact the minor. During the escort, GARCIA was cursing at the officers. GARCIA attempted to pull out her cell phone and was ordered to put it down as she was not allowed to record on Federal property. GARCIA became aggressive and began throwing punches at the CBPOs. GARCIA struck a Supervisory (S)CBPO on the left shoulder and another CBPO in the left ear, causing a physical injury. GARCIA was secured and escorted to a secure area.

2.  Homeland Security Investigations (HSI) responded to investigate the incident. HSI conducted interviews with the involved CBPOs, reviewed security camera footage, reviewed reports, and gathered written statements.

3.  GARCIA was read her Miranda Rights after biographical data was retrieved by HSI. GARCIA stated that she was not going to answer any questions.

4.  GARCIA was subsequently arrested and transported to Webb County Jail in Laredo, Texas.