United States District Court
Southern District of Texas
**ENTERED**
April 22, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| | § | |
| **VS.** | § | **CRIMINAL NO. 5:25-CR-1289** |
| | § | |
| | § | |
| **ARIANA GUADALUPE GARCIA** | § | |

## ORDER

On January 12, 2026, the Court granted Defendant Ariana Guadalupe Garcia's Motion to Dismiss. (Dkt. 41.) The Court issues this Order to notify the Parties that, unless the Parties advise the Court of any remaining pending matters, the Court will terminate this case one week from the issuance of this Order.

IT IS SO ORDERED.

SIGNED this April 22, 2026.

_____
Diana Saldaña
United States District Judge

1 / 1